Daniel E. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. 36527.

Missouri Court of Appeals,
Western District.

Sept. 3, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 22, 1985.

Joseph H. Locascio, Sp. Public Defender, Jane McQueeny, Asst. Sp. Pub. Defender, Stephanie Warmund, Certified Law Intern, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief from convictions of kidnapping, first degree robbery and first degree assault. Affirmed. Rule 84.-16(b).